**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Johnny E. Silva,

      Petitioner,

v.

B. Eischen, *Warden*,

      Respondent.

Case No. 25-CV-0044 (JMB/DTS)

**ORDER**

---

Johnny E. Silva, Duluth, MN, self-represented.

Ana H. Voss and Ann M. Bildtsen, United States Attorney's Office, Minneapolis, MN, for Respondent B. Eischen.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz dated October 10, 2025. (Doc. No. 12.) The R&R recommends that Petitioner Johnny E. Silva's habeas petition be denied and that this matter be dismissed without prejudice. (*See* Doc. No. 1.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The R&R (Doc. No. 12) is ADOPTED.

2.      The Petition is DENIED.

3.      This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: April 1, 2026                                      /s/ *Jeffrey M. Bryan*
                                                         Judge Jeffrey M. Bryan
                                                         United States District Court

2